IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT A. TIGER.<br><br>            Defendant. | **8:19CR303**<br><br><br>**ORDER** |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [37].  Counsel seeks additional time to complete his treatment program at NOVA.  For good cause shown,

    **IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [37] is granted, as follows:

1.  The jury trial, now set for July 7, 2020, is continued to **September 22, 2020.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 22, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    Dated this 23rd day of April 2020.

                        BY THE COURT:

                        s/Susan M. Bazis
                        United States Magistrate Judge