IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Case No. 8:19CR303 |
| | ) | |
| v. | ) | **Order** |
| | ) | |
| Robert Tiger, | ) | |
| Defendant. | ) | |
| | ) | |

The Court has considered the Defendant's oral motion for release and finds that the motion should be granted.

It is therefore ordered that:

1. On Monday, December 19, 2022, the Defendant shall be released from the custody of the United States Marshal.

2. On Tuesday, December 20, 2022, at 3:00 p.m., the Defendant shall appear at the Federal Public Defender's Office, 222 S. 15th Street, Suite 300 N, Omaha, Nebraska 68102, to obtain an updated substance use evaluation.

3. The Defendant shall upon release immediately contact his therapist and start attending treatment sessions as scheduled.

4. The Defendant remains bound by his existing conditions of supervised release as set out in his Judgment in a Criminal Case [63] at pp. 3-5.

Dated this 16th day of December 2022.

By the Court:

s/ Joseph F. Bataillon
Senior United States District Judge